# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL ANTHONY ABEYTA, Petitioner, v. WARDEN, USP LOMPOC, Respondent. | No. CV 21-04357-JAK (DFM) Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner filed objections. The Court engaged in a de novo review of the portions of the Report and Recommendation to which objections were made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

///
///
///
///
///
///

IT IS THEREFORE ORDERED that:

1. The Report and Recommendation is approved and accepted;
2. Respondent's Motion to Dismiss is GRANTED; and
3. Judgment shall be entered dismissing this action for lack of jurisdiction.

Date: October 28, 2021

JOHN A. KRONSTADT
United States District Judge