JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL ANTHONY ABEYTA, | No. CV 21-04357-JAK (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN, USP LOMPOC, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed for lack of jurisdiction.

Date:   October 28, 2021

_____
JOHN A. KRONSTADT
United States District Judge