JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:21-cv-04357 JAK (DFM)　　　　　　　　　　　Date February 1, 2023

Title: Michael Anthony Abeyta v. Warden, USP Lompoc

Present: The Honorable Douglas F. McCormick

　　　　Nancy Boehme　　　　　　　　　　　　　　　　　n/a
　　　　Deputy Clerk　　　　　　　　　　　　　Court Reporter / Recorder

Attorneys Present for Plaintiffs:　　　　　Attorneys Present for Defendants:

Not Present　　　　　　　　　　　　　　　　Not Present

Proceedings:　☐ In Court　　☒ In Chambers　　☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other Case reopened in error on 02/14/2022.  Case should be closed.

☐ Entered _____.

Initials of Preparer　　nb